Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV  89113.4770
Telephone:	702.862.8800
Facsimile:	702.862.8811
kbranson@littler.com

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GILBERTO LOPEZ, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC.<br><br>    Defendant. | Case No. 3:25-cv-00542-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff GILBERTO LOPEZ, JR. ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of October 24, 2025, up to and including **November 7, 2025**.

Such extension is necessary in light of Defendant's counsel recent retention and the additional time needed to investigate the allegations in the Complaint.

//

//

//

//

//

1     This is the first request for an extension of time to respond to the Complaint in this Court.

2 This request is made in good faith and not for the purpose of delay.

| Dated: October 20, 2025 | Dated: October 20, 2025 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Lawrence W. Feiman<br>Lawrence W. Freiman, Esq.<br>FREIMAN LEGAL, P.C.<br>Leah Martin, Esq.<br>LEAH MARTIN LAW<br><br>*Attorneys for Plaintiff*<br>GILBERTO LOPEZ, JR. | *(signed)* Z. Kathryn Branson<br>Z. Kathryn Branson, Esq.<br>LITTLER MENDELSON P.C.<br><br>*Attorney for Defendant*<br>WAL-MART ASSOCIATES, INC. |

**IT IS SO ORDERED.**

Dated:  October 20, 2025.

_____
U.S. DISTRICT COURT JUDGE