Kathryn Blakey, Esq.
Nevada Bar No. 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201
Telephone:  702.862.8800
Facsimile:  702.862.8811
kblakey@littler.com

Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada  89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
kbranson@littler.com

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GILBERTO LOPEZ, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>WAL-MART ASSOCIATES, INC.<br><br>          Defendant. | Case No. 3:25-cv-00542-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, GILBERTO LOPEZ, JR. ("Plaintiff"), and Defendant, WAL-MART ASSOCIATES, INC. ("Defendant") (collectively herein, the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties have reached an agreement to resolve this action. The Parties submit the instant Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to

///

///

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

DATED: April 22, 2026

FREIMAN LEGAL

By: */s/ Lawrence W. Freiman*
    Lawrence W. Freiman, Esq.

Attorneys for Plaintiff
GILBERTO LOPEZ, JR.

DATED: _April 22, 2026

LITTLER MENDELSON, P.C.

By: */s/ Kathryn Blakey*
    Kathryn Blakey, Esq.

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**IT IS SO ORDERED.**

DATED this 23rd day of April, 2026.

UNITED STATES DISTRICT JUDGE

4935-8504-8473.2 / 080000.4448

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2